IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY                                                             PLAINTIFF

v.                                       Civil No. 4:16-cv-4022

DOMTAR INDUSTRIES, INC.;
DOMTAR INDUSTRIES, LLC;
DOMTAR A.W., LLC; and
DOMTAR PAPER COMPANY, LLC                                       DEFENDANTS

## JUDGMENT

The parties have filed a Stipulation of Dismissal. ECF No. 15. In the stipulation, the parties move the Court for an order dismissing Plaintiff's complaint with prejudice. The parties further state that they have resolved all issues in this case. Accordingly, the Court finds that Plaintiff's complaint should be and hereby is **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. **IT IS ORDERED** that if any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 24th day of May, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge